**E-filed 8/17/06**

1  GARY R. SINISCALCO (STATE BAR NO. 64770)
   MICHAEL D. WEIL (STATE BAR NO. 209056)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:     415-773-5700
   Facsimile:     415-773-5759
5
   Attorneys for Defendant
6  Palm, Inc. and Palm, Inc. Severance Plan

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | BRION LaPOINTE,                    | Case No.  C 05 04563 JF
13 |            Plaintiff,              | STIPULATION AND [P~~ROPOSED~~] ORDER
                                          CONTINUING INITIAL CASE
14 |       v.                           | MANAGEMENT CONFERENCE
15 | PALM, INC.; PALM, INC. SEVERANCE
    | PLAN,
16
   |            Defendants.
17

1   Plaintiff Brion LaPointe, on the one hand, and Defendant Palm, Inc., on the other hand,
2 through their respective counsel HEREBY STIPULATE and AGREE as follows:
3   Due to the unavailability of plaintiff's counsel and to facilitate the resolution of this
4 matter, the initial case management conference set for Friday, August 18, 2006 at 10:30 a.m. shall
5 be continued to Friday, September 8, 2006 at 10:30 a.m.
6   SO STIPULATED.

7 Dated: August 16, 2006         J. PHILIP MARTIN

9                                         /s/
                                  Attorney for Plaintiff
10                                    Brion LaPointe

11 Dated: August 16, 2006         GARY R. SINISCALCO
                                  MICHAEL D. WEIL
12                                ORRICK, HERRINGTON & SUTCLIFFE LLP

14                                By:         /s/
                                       Michael D. Weil
15                                   Attorneys for Defendant
                                         Palm, Inc.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.
18 Dated: __August 17___, 2006   _____
19                               UNITED STATES DISTRICT JUDGE